UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 16-mj-02188-AOR

UNITED STATES OF AMERICA

vs.

KELLY LEE FISHER,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502111
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9208
FAX (305) 530-7976

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KELLY LEE FISHER, | ) | Case No. 16-mj-02188-AOR |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 16, 2016** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) | Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jeannette Azcuy, TFO-FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/16/2016

*Judge's signature*

City and state: Miami, Florida — Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Detective Jeannette Azcuy with the Miami Dade Police Department ("MDPD"), being duly sworn, hereby depose and state as follows:

1. I am a Detective with the MDPD and have been a law enforcement officer since March 2003. I am currently assigned to the MDPD Special Victims Bureau/Sexual Crimes Section, Internet Crimes Against Children Unit (ICAC). I have been a Sexual Battery Detective since 2007. I am currently assigned to the Federal Bureau of Investigation as a Task Force Officer. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code.

2. In this capacity, I have investigated over four hundred and fifty (450) sexual battery, child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child

pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. In addition, I have attended approximately two hundred (200) hours of training in the field of Computer Crimes and Internet Crimes Investigations. I have been trained and certified to conduct Peer-2-Peer file sharing investigations on the Internet. I am also a member of the South Florida Internet Crimes Against Children Task Force, which is a multi-agency task force focused on the investigation and prosecution of child exploitation facilitated by the use of the internet.

4. I submit this Affidavit in support of a criminal complaint which charges Kelly Lee Fisher ("FISHER") with possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

5. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against FISHER for the aforementioned criminal violation.

## SUMMARY OF THE INVESTIGATION

6. On August 1, 2015, the National Center for Missing and Exploited Children (NCMEC) received 34 cybertip reports containing approximately 1550 suspected images of child pornography from Microsoft Skydrive, an online social networking service that enables its users to send and store images and data. In the report, NCMEC was notified of illegal uploads of suspected images of child pornography, on August 1, 2015, utilizing IP address 108.214.136.240

(the "Target IP Address"), with a user name identical to FISHER's daughter's name. Microsoft flagged the files as suspected child pornography, and disabled the user's Microsoft account.

7. On September 9, 2015, the Broward Sheriff's Office, South Florida Internet Crimes Against Children, received Cybertips from NCMEC. Included in the Cybertips, were the files uploaded by "Cheyann Fisher."

8. On September 29, 2015, law enforcement issued an administrative subpoena to AT&T Internet Services for the Target IP address.

9. On October 19, 2015, law enforcement received a response to the administrative subpoena from AT&T Internet Service, which indicated that the Target IP Address was assigned to Individual A, later determined to be FISHER's wife, at the Target Residence. The Target IP Address had been assigned to Individual A since December 12, 2011.

10. A Florida Department of Motor Vehicles (DAVID) database query revealed that Individual A and Individual B, later determined to be FISHER's minor daughter, had obtained either an identification card or driver's license, and listed the Target Residence as their most recent address.

11. Additionally, I reviewed the files of the suspected child pornography uploaded onto Microsoft Skydrive from the Target IP Address. Four of the image files, named "1213592193880.jpg," "1213393043.jpg," "121337803.jpg," and "Tara 09_06.jpg" depicted a prepubescent female, fully naked, performing oral sex on an adult male and a prepubescent female, standing fully naked with her right leg open, exposing her vagina.

12. On November 20, 2015, law enforcement conducted surveillance of the Target Residence. Law Enforcement determined that the Target Residence is on the second floor of an apartment complex. A secured wireless network was located within range of the Target

Residence. Law enforcement observed FISHER and Individual B coming and going from the Target Residence.

13. On January 25, 2016, law enforcement conducted surveillance of the Target Residence and observed Individual B exiting the residence. A vehicle registered to FISHER was observed parked in a spot assigned to the Target Residence.

14. On February 16, 2016, the search warrant was executed at the target location. After agents knocked and announced their presence, FISHER took several minutes to open the door. FISHER stated he only had two old laptop computers, located in the closet of his bedroom, and no external hard drives. During a search of FISHER's bedroom, law enforcement found several electronic devices and a disconnected cable at a desk, indicating that a computer had recently been present. Law enforcement then discovered that an air conditioning vent in FISHER's room was missing a screw and the other screw was partially removed. Law enforcement discovered that a Toshiba Satellite laptop model P855-S5102, with serial #3D045768K, had been secreted in the air conditioning vent.

15. A forensic preview of the laptop revealed thousands of images of child pornography and child erotica. The images included:

    (a)    a file named "!!88d," depicting a prepubescent female, fully naked, lying on a bed performing oral sex on an adult male. The victim appears to be approximately between nine and eleven years old;

    (b)    a file named "101dc," depicting a prepubescent female, standing fully naked, with her vagina exposed. The victim appears to be approximately between seven and nine years old;

    (c)    a file named "!!902g," depicting a young female standing fully naked with her legs open exposing her vagina. The victim appears to be approximately between twelve and fourteen years old; and

   (d) a file named "!!03f," depicting a prepubescent female, standing fully naked with her vagina exposed. The victim appears to be approximately between ten and twelve years old.

16. During a post-*Miranda* interview, FISHER stated that, although the laptop previously belonged to his daughter, he has been the only user of the computer for the past two years.

## CONCLUSION

17. Based upon the information provided above, I respectfully submit that probable cause exists to support the arrest of Kelly Lee FISHER, for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Detective Jeannette Azcuy
Miami-Dade Police Department
TFO-FBI

Subscribed and sworn to before me on this _____ date of February, 2016.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

5