UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>16-20127-CR-MOORE</u>

UNITED STATES OF AMERICA

vs.

KELLY LEE FISHER,

    Defendant.
_____/

## FACTUAL PROFFER

If this matter proceeded to trial, the United States and the Defendant, Kelly Lee Fisher, agree that the United States would have proved the following facts beyond a reasonable doubt:

On August 1, 2015, the National Center for Missing and Exploited Children (NCMEC) received 34 cybertip reports containing approximately 1550 suspected images of child pornography from Microsoft Skydrive, an online social networking service that enables its users to send and store images and data. In the report, NCMEC was notified of illegal uploads of suspected images of child pornography, on August 1, 2015, utilizing IP address 108.214.136.240, with a user name identical to the Defendant's daughter's name. Microsoft flagged the files as suspected child pornography, and disabled the user's Microsoft account.

Certified business records from AT&T Internet Service show that, during the relevant period, the IP address 108.214.136.240 was assigned to the Defendant's residence.

On February 16, 2016, pursuant to a federal search warrant, law enforcement searched the Defendant's residence. During a search of the Defendant's bedroom, law enforcement found several electronic devices and a disconnected cable at a desk, indicating that a computer had recently been present. Law enforcement then discovered that an air conditioning vent in the

Defendant's room was missing a screw and the other screw was partially removed. Law enforcement discovered that a Toshiba Satellite laptop model P855-S5102, with serial #3D045768K, had been secreted in the air conditioning vent.

A forensic preview of the laptop revealed hundreds of images of child pornography and child erotica. During a post-*Miranda* interview, the Defendant stated that, although the laptop previously belonged to his daughter, he has been the only user of the computer for the past two years.

Subsequently, a forensic analysis of the laptop revealed that the Defendant used GrabIt, a newsgroup client, to search for newsgroups. GrabIt allows uses to setup a screen name and password and then search newsgroups. Users then subscribe to specific newsgroups and are able to download material contained within the group. The Defendant subscribed to a number of newsgroups with titles indicative of child pornography including: a.b.pictures.cute.lilgirls; a.b.pictures.petite; and a.b.pictures.nymphets. In addition, the forensic analysis revealed that, on February 11, 2016, the Defendant had received at least 11 movies containing child pornography through GrabIt.

The forensic analysis further showed that the computer contained twenty (20) videos files and 3,903 picture files depicting minors engaged in sexually explicit conduct. Several children depicted in these videos and pictures are under twelve years old and, therefore, clearly appear to be minors.

The images in the Defendant's possession on February 16, 2016, having been received from the internet by computer, were transported in interstate and/or foreign commerce.

All of the above took place in Miami-Dade County, which is in the Southern District of Florida.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 4/14/16          By: _____
                            JOSHUA S. ROTHSTEIN
                            ASSISTANT UNITED STATES ATTORNEY

Date: 4/14/16          By: _____
                            CHRISTY O'CONNOR
                            ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 4/14/16          By: _____
                            KELLY LEE FISHER
                            DEFENDANT